■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO BROWN, Appellant. — Appeal by defendant, as limited by his motion, from (1) a resentence of the Supreme Court, Kings County (Starkey, J.), imposed December 3, 1980, upon his conviction of criminal sale of a controlled substance in the second degree, the resentence being a term of imprisonment of five years to life, and (2) the denial, by the same court, of his application for resentence with respect to his conviction of criminal sale of a controlled substance in the third degree (see Penal Law, § 60.09). Resentence and denial of resentence affirmed. No opinion. Mangano, Gibbons and Rabin, JJ., concur.

Lazer, J. P., concurs as to the denial of resentence, but otherwise dissents and votes to modify the resentence in issue by reducing it to a period of imprisonment of three years to life, with the following memorandum: This resentence of five years to life for $285 sale of cocaine to an undercover officer is excessive. The 46-year-old defendant, who held a single job for 11 years before discharge for poor attendance, is scarcely a hardened criminal. The resentence is neither consonant with others imposed on more serious drug offenders nor appropriate to the charge or the defendant's circumstances. Therefore, I would reduce it to three years to life.